UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DR. WESLEY McFARLAND, et al.**                                                               **PLAINTIFFS**

**VS.**                                                                                         **No. 1:06cv932-LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**                                                        **DEFENDANT**

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came on for hearing on Unopposed Motion to Dismiss Pursuant to a Stipulation of Dismissal by and between Plaintiff and State Farm Fire and Casualty Company (State Farm), acting through their respective counsel of record. Based upon the Unopposed Motion and upon the Stipulation presented, the Court finds that the Stipulation should be given effect, and that the Motion should be granted in all respects.

IT IS THEREFORE ORDERED, that the Complaint be, and it is hereby, dismissed with prejudice, pursuant to Rule 41(a), F. R. C. P., and that costs will not be taxed, each party to bear its own costs and attorney fees.

SO ORDERED, this 7th day of March, 2007.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge

PREPARED AND SUBMITTED BY:

s/W. Scott Welch, III
W. SCOTT WELCH, III, MB #7093
ATTORNEY FOR STATE FARM FIRE
AND CASUALTY COMPANY

448074